# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**SAMMY DAVIS FLEMING,**<br><br>     *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00019-TES-CHW-1** |

## ORDER GRANTING
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant Sammy Davis Fleming's Motion to Continue Trial [Doc. 150]. On May 15, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine[1] and Possession with Intent to Distribute Methamphetamine.[2] [Doc. 1]. Defendant entered a plea of not guilty. [Doc. 143].

Defendant seeks a continuance to review discovery and engage in plea negotiations with the Government. [Doc. 150, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Defendant's Motion for Continuance [Doc. 150] and **CONTINUES** this case to the June term—beginning on June 23, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best

---

[1] In violation of 21 U.S.C. § 846, in connection with § 841(a)(1), (b)(1)(A)(viii).

[2] In violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 31st day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**