# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **SAMMY DAVIS FLEMING,** *et al.*, <br><br> *Defendants.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00019-TES-CHW-1** <br> **3:24-cr-00019-TES-CHW-2** |

## ORDER GRANTING MOTION TO CONTINUE

Before the Court is Defendant Sammy Davis Fleming's Motion to Continue [Doc. 162]. On May 15, 2024, the Government obtained an Indictment [Doc. 1] charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine[1] and Possession with Intent to Distribute Methamphetamine.[2]

Defendant seeks a continuance to receive and review discovery, engage in plea negotiations, and prepare for trial. *See* [Doc. 162, ¶¶ 1, 3]. The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* Failure to grant this continuance would deny all parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* §

---

[1] *See* 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii).
[2] *See* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2.

3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant Fleming's Motion to Continue [Doc. 162]. Additionally, because "the time for trial has not yet run" with respect to his co-defendant—Bryant McLaughlin—and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **June 4, 2025**, and the trial of this matter until **July 8, 2025**, *as to both Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 30th day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**